Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **CASE: 24-24765** |
| Connor Lee Christensen<br>Caliesa Jaime Christensen | **CHAPTER 13** |
| **Debtors** | **Hon. KEVIN R. ANDERSON** |

### TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

**Restatement of Issues from Prior Objection(s):**

1. Based on review of the real property listed on Schedule A/B, the Trustee requests the Debtor(s) provide a better determination of value outside of the county property tax assessment. The Trustee reserves the right to object to best interest of creditors upon further evidence of value being provided.

**Confirmation Issues Arising Since Last Filed Objection**

1. The Debtor failed to produce at the 341 Meeting statements from their financial account(s) ending in 3627 for the period that covers the petition date (see Fed. R. Bankr. P. 4002(b)(2)(A)).

2. The Debtors have not submitted: bank statements to resolve the motion to dismiss in the initial objection to confirmation. The case is not eligible to be continued by consent until the documents are received. Unless the missing document are provided, the Trustee is seeking a ruling on the motion to dismiss at the confirmation hearing.

3. As of February 18, 2025, the Debtors are now $550.00 delinquent for payments owing through January.

4. The Debtor's plan treats Mountain America Credit Union as secured, but to date no claim has been filed. If no claim is filed prior to the deadline for creditors to file a claim, the Debtor should file a claim pursuant to FRBP 3004 on behalf of the creditor or amend the plan to remove the secured treatment.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: February 18, 2025              TAMI GADD
                                      Attorney for Chapter 13 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on February 18, 2025:

THERON D. MORRISON, ECF Notification

                                      /s/ Sarah Anderton