MORRISON LAW GROUP
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

| IN RE: | § | |
| --- | --- | --- |
| | § | **CASE NO. 24-24765** |
| **Connor Christensen** | § | |
| **Caliesa Christensen** | § | Kevin R Anderson |
| Debtor(s) | § | |

**DEBTOR'S DECLARATION OF CLAIMS REVIEW**

1. Debtor's Chapter 13 plan filed, as modified by the Order Confirming Chapter 13 Plan, is confirmed pursuant to 11 U.S.C § 1325 (hereinafter the "Plan").

2. The expiration of the governmental unit claims bar date set pursuant to Fed. R. Bankr. P. 3002(c) was on or about 3/18/2025.

3. As of the date of this declaration, Debtor, through counsel, has reviewed all claims filed with the bankruptcy court that are listed on PACER.

4. I understand that any secured claims filed by creditors or on the creditors' behalf will not be paid by the Trustee unless the Plan or Confirmation Order provides for such payment or unless a motion to modify the confirmed Plan to provide for such payment is granted.

5. I understand that notwithstanding any provision in the Plan, creditors will not receive payment by the Trustee unless a timely proof of claim is filed and deemed allowed or unless the claim of such creditor is otherwise allowed by court order.

6. The following objections to claims have been filed and noticed for hearing:

NONE.

Dated this: July 16, 2025.

    /s/ Theron D. Morrison
Theron D. Morrison
Attorney for Debtors

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing Declaration was served upon the following persons, by ECF mail:

U.S. Trustee's Office    (ECF)

Lon Jenkins    (ECF)
Chapter 13 Trustee

Dated this: July 16, 2025.

      /s/ Theron D. Morrison
      Theron D. Morrison
      Attorney for Debtors