OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br>Connor Lee Christensen<br>Caliesa Jaime Christensen<br><br>Debtors | CASE NO: 24-24765<br><br>Chapter 13<br><br>Hon. KEVIN R. ANDERSON |

## TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on March 04, 2025, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim subject to direction from the court.   Below is a list of all claims provided for by the confirmed plan and/or for which proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL***

***ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE LIST OF CLAIMS BELOW***

On or before August 28, 2025, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before August 28, 2025, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Dated: 07/29/2025

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

| Claim No. | Creditor Name | Claim Description | Claim Amount | Collateral Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 9 | BONNEVILLE COLLECTIONS | UNSECURED GOODS OR SERVICES | $1,000.00 | $0.00 | Pro Rata | 0.00 |
| 3 | DLC EMPIRE, LLC | UNSECURED MONEY LOANED | $142.04 | $0.00 | Pro Rata | 0.00 |
| 6 | EXPRESS RECOVERY SERVICES, INC | UNSECURED ASSIGNMENT OF CREDITOR C | $816.18 | $0.00 | Pro Rata | 0.00 |

| | Creditor | Type | Amount | Secured | Method | Rate |
|---|---|---|---|---|---|---|
| 2-2 | INTERNAL REVENUE SERVICE | PRIORITY (NO unsecd. interest) PRI TAX/AMDS 2 TO $0 | $0.00 | $0.00 | Pro Rata | 0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | UNSECURED CREDIT CARD | $2,822.82 | $0.00 | Pro Rata | 0.00 |
| 19 | KNIGHT ADJUSTMENT BUREAU | UNSECURED SERVICES PERFORMED | $157.00 | $0.00 | Pro Rata | 0.00 |
| 23 | MIDLAND CREDIT MANAGEMENT, I | UNSECURED REVOLVING CREDIT/SERVICE: | $197.03 | $0.00 | Pro Rata | 0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT, I | UNSECURED REVOLVING CREDIT/SERVICE: | $910.61 | $0.00 | Pro Rata | 0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT, I | UNSECURED REVOLVING CREDIT/SERVICE: | $2,011.42 | $0.00 | Pro Rata | 0.00 |
| 20-2 | MOUNTAIN AMERICA CREDIT UNIO | VEHICLE SECD (PERMO level 17 2011 AUDI Q5/P=910 @ 8.5%/AM | $10,884.51 | $10,884.51 | $209.84 | 8.50 |
| 17 | MOUNTAIN AMERICA CREDIT UNIO | UNSECURED CREDIT CARD | $5,159.44 | $0.00 | Pro Rata | 0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED JUDGMENT | $2,592.52 | $0.00 | Pro Rata | 0.00 |
| 14 | RC WILLEY FINANCIAL SERVICES | UNSECURED GOODS SOLD | $1,650.00 | $0.00 | Pro Rata | 0.00 |
| 18-2 | RC WILLEY FINANCIAL SERVICES | UNSECURED GOOD SOLD /DUPL OF CLM 14 | $0.00 | $0.00 | Pro Rata | 0.00 |
| 10 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $110.79 | $0.00 | Pro Rata | 0.00 |
| 12 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $100.60 | $0.00 | Pro Rata | 0.00 |
| 13 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $5.67 | $0.00 | Pro Rata | 0.00 |
| 11 | RESURGENT CAPITAL SERVICES | UNSECURED MEDICAL | $99.75 | $0.00 | Pro Rata | 0.00 |
| 8 | Snap-on Credit LLC | UNSECURED GOODS SOLD | $5,340.86 | $0.00 | Pro Rata | 0.00 |
| | THERON D. MORRISON | ATTORNEY FEE | $500.00 | $0.00 | Pro Rata | 0.00 |
| | THERON D. MORRISON | PRIOR ATTORNEY | $3,450.00 | $0.00 | Pro Rata | 0.00 |
| 4 | US DEPT OF HUD | DIRECT PAYMENT OUTSIDE PL SUB MORT/NO ARRS/P=PRO R. | $0.00 | $0.00 | Pro Rata | 0.00 |
| 15 | UTAH HOUSING CORPORATION | DEFAULT ARREARAGE (PRORA 1ST MTG ARRS/P=PRO RATA | $7,328.24 | $7,328.24 | Pro Rata | 0.00 |
| 16 | UTAH HOUSING CORPORATION | DEFAULT ARREARAGE (PRORA 2ND MTG ARRS/P=PRO RATA | $452.97 | $452.97 | Pro Rata | 0.00 |
| 1-3 | UTAH STATE TAX COMMISSION | PRIORITY (NO unsecd. interest) PRI TAX/AMDS 1 | $259.52 | $0.00 | Pro Rata | 0.00 |
| 1-3 | UTAH STATE TAX COMMISSION | UNSECURED UNS TAX/AMDS 1 | $41.80 | $0.00 | Pro Rata | 0.00 |
| 5 | VERIZON | UNSECURED SERVICES RENDERED | $124.39 | $0.00 | Pro Rata | 0.00 |

Note: The following claims have Step Payments:

Claim No. 20-2 MOUNTAIN AMERICA CREDIT UNION

| 10/01/2024 | 03/31/2025 | $101.00 |
| 04/01/2025 | 12/31/2099 | $209.84 |