MORRISON LAW GROUP LLC
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Douglas W. Murdock (19977)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-24765 |
| **Connor Christensen** § | **Chapter 13** |
| **Caliesa Christensen** § | **Honorable Kevin R Anderson** |
| Debtor(s) § | |

### MOTION TO MODIFY CHAPTER 13 PLAN

Connor Christensen & Caliesa Christensen (hereinafter "Debtor"), through counsel, hereby moves this Court for an order approving the modification of the Debtors' Chapter 13 Plan. Debtor represents the following in support thereof:

1. Debtor filed the above referenced Chapter 13 petition on 9/19/2024 ("Petition Date").

2. Debtor's confirmed Chapter 13 plan provides for monthly payments of $550.00 for 15 months then increasing to $1,045.00 commencing with January 25, 2026 plan payment. Debtor's plan provides for a 100% return to the unsecured class. Additionally, Debtors' plan provides that Debtors will either sell or refinance their home after 15 months from the confirmation of the plan.

3. Debtors' monthly plan payment was initially $550.00 to provide for a manageable monthly payment until Debtors are able to sell or refinance the plan.

4. On February 27, 2025 the Debtors' plan was submitted to the court to be confirmed by consent with the approval of the Chapter 13 Trustee. However, the confirmation Order was not uploaded to the Court until April 28, 2026 and then entered by the court on May 6, 2025.

5. Debtors believed that the 15 months to sell or refinance began from the date of the confirmation Order and that the plan payment would increase at that time. However, the confirmation Order started the 15 months from the date of filing.

6. Debtors are working to either sell or refinance their home. However, due to the ambiguity as to when the clock started to run Debtors at this time are not prepared to sell or refinance the property.

7. For this reasons stated above Debtors seek to modify the confirmed plan to reduce the monthly plan payment to $550.00 commencing with the February 25, 2025 plan payment and to modify the plan to state that "Debtors shall sell or refinance the real property to pay a 100% return to the unsecured class no later than September 25, 2026. If Debtors fail to sell or refinance the home by September 25, 2026 Debtors shall file a motion with the court to modify the plan to resolve feasibility and continue to provide for a 100% return to the unsecured class." Or other language as requested by the Chapter 13 Trustee.

8. In support of this motion to modify their monthly payments, Debtor, directs the court and the Trustee to Debtors' previously filed schedules I/J.

9. A reduction of the plan payments to $550.00 per month until September 25, 2026 will allow the plan to remain feasible with the stipulation of the sell or refinance or the real property. The impact to the unsecured class is that they will receive their 100% return no later than September 2026 rather than January 2026.

10. Counsel is seeking an award of attorney fees of approximately $1,200.00 for work related to bringing this motion and other work completed in this case.

WHEREFORE, Due to known and certain circumstances, Debtor respectfully requests an Order from the Court modifying Debtor's Chapter 13 Plan to reduce their monthly payments to $550.00 per month commencing with the February 25, 2025 plan payment and to extend the time that Debtor has to sell or refinance the real property to provide a 100% return to the unsecured class to September 25, 2026.

Date: January 26, 2026

/s/ Cory B. Cottam
Cory B. Cottam
Attorney for Debtors