Fill in this information to identify the case:

Debtor 1: Connor Lee Christensen

Debtor 2: Caliesa Jaime Christensen
(Spouse, if filing)

United States Bankruptcy Court for the: District of Utah (State)

Case number: 24-24765

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Utah Housing Corporation

Court claim no. (if known): 15

Last 4 digits of any number you use to identify the debtor's account: 6 6 9 0

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☑ Yes. Date of the last notice: 01/28/2025

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ |
| 3. Attorney fees |  | (3) | $ |
| 4. Filing fees and court costs |  | (4) | $ |
| 5. Bankruptcy/Proof of claim fees |  | (5) | $ |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ |
| 7. Property inspection fees |  | (7) | $ |
| 8. Tax advances (non-escrow) |  | (8) | $ |
| 9. Insurance advances (non-escrow) |  | (9) | $ |
| 10. Property preservation expenses. Specify: |  | (10) | $ |
| 11. Other. Specify: Notice of Mortgage Payment Change | 01/29/2026 | (11) | $ 140.00 |
| 12. Other. Specify: |  | (12) | $ |
| 13. Other. Specify: |  | (13) | $ |
| 14. Other. Specify: |  | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Connor Lee Christensen | Case number (if known) | 24-24765 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

✔ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Kenyon D. Dove
Signature

Date 01/29/2026

Print: Kenyon D. Dove
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Smith Knowles, PLLC

Address: 2225 Washington Boulevard, Suite 200
Number   Street
Ogden                      Utah        84401
City                       State       ZIP Code

Contact phone: (801) 476-0303

Email: defaultservices@smithknowles.com

Official Form 410S2                Notice of Postpetition Mortgage Fees, Expenses, and Charges                page 2

## CERTIFICATE OF SERVICE
## BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on ___01/29/2026___, I electronically filed the foregoing, **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **Kenyon D. Dove**   defaultservices@smithknowles.com
- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **Theron D. Morrison**   topofutahlaw@gmail.com, cory@morlg.com;chapter7email@gmail.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **Aaron M. Waite**   aaronmwaite@agutah.gov

## CERTIFICATE OF SERVICE
## BY MAIL, OTHER

I hereby certify that on ___01/29/2026___, I caused to be served a true and correct copy of the foregoing, **NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid, addressed to:

*Debtor*
**Connor Lee Christensen**
2992 W 2960 S
Salt Lake City, UT 84119

*Joint Debtor*
**Caliesa Jaime Christensen**
2992 W 2960 S
Salt Lake City, UT 84119

/s/ Kenyon D. Dove
Attorney at Law