MORRISON LAW GROUP LLC
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Douglas W. Murdock (19977)
Attorney for Debtor
290 25th Street, Suite 102
Ogden, Utah 84401
Telephone: (801) 392-9324

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-24765 |
| **Connor Christensen** § | Chapter 13 |
| **Caliesa Christensen** § | Honorable Kevin R Anderson |
| **Debtors** § | |

### APPLICATION FOR COMPENSATION

Comes now counsel for **Connor Christensen & Caliesa Christensen**, hereinafter "Debtor", and hereby files this Application for Compensation in the amount of $1,590.74. Debtor requests that the Attorney fees and cost be paid as an administrative expense under 11 U.S.C. § 503(b) by the Trustee. In support thereof, Debtor represent the following:

### Fee Application

**1. BASIS FOR APPLICATION.** This application is made pursuant to 11 U.S.C. § 330 and FED. R. BANKR. P. 2016. The undersigned request(s) allowance of the fees and costs detailed on "Exhibit A" as an administrative expense pursuant to 11 U.S. C § 503(b)(2) and 11 U.S.C. § 330(a), and that the Court enter an Order requiring payment of said administrative expense pursuant to 11 U.S.C. § 1326(a)(2).

**2. SOURCE OF COMPENSATION.** The source of all compensation paid and promised is from the Debtor.

3. **NO AGREEMENT TO SHARE COMPENSATION.** No compensation previously received has been shared and no agreement of understanding exists between the application and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with Debtor's case.

4. **NATURE OR SERVICES RENDERED.** "Exhibit A" sets forth a detailed statement of the services rendered, time expended and expenses incurred, and the amounts requested. The compensation sought is reasonable compensation for actual, necessary services rendered by Debtor's attorney and reimbursement for actual, necessary expenses.

5. **NO ADVERSE INTEREST.** Neither Morrison Law Group, P.C. nor Theron Morrison holds or represents an interest adverse to the Debtor or the estate. Morrison Law Group, P.C. and Theron D. Morrison are disinterested persons.

6. **IDENTITY OF ATTORNEYS AND PARAPROFESSIONALS.** The services described in "Exhibit A" were provided by Theron Morrison (TDM) and Cory Cottam (CBC), who are attorneys in good standing and admitted to practice before this court and the courts of the state of Utah. Other initials represent current and former employees of Morrison Law Group, P.C. or its predecessors.

WHEREFORE, Debtor respectfully requests that the Court grant the relief requested above for attorney fees and costs in the amount of $1,590.74 to be paid as an administrative expense under 11 U.S.C. § 503(b) and paid pursuant to the confirmation order.

Dated this: February 23, 2026

/s/ Cory B. Cottam
Cory B. Cottam
Attorney for Debtors

# Exhibit A

Connor Christensen
2992 W 2960 S
West Valley City   UT   84119

Morrison Law Group, P.C.
290 25th Street STE 102
Ogden, UT 84401

Connor Christensen
Caliesa Christensen
2992 W 2960 S
West Valley City, UT 84119

Date:   2/23/2026

Regarding:   Christensen, Connor & Caliesa
Invoice No:   29913

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 7/07/2025 | BAM | Review of the case for the Claims Dec, we have duplicate claims so reached out to the creditor | 0.00 | $175.00 | $0.00 |
|  |  |  | 0.20 |  | No Charge |
| 7/16/2025 | BAM | Prepared and filed the claims dec today | 0.00 | $175.00 | $0.00 |
|  |  |  | 0.30 |  | No Charge |
| 8/27/2025 | CSJ | Phone call regarding payments. | 0.10 | $75.00 | $7.50 |
| 1/06/2026 | BAM | tried to call the client and can not leave a message the mail box is full. | 0.20 | $175.00 | $35.00 |
| 1/07/2026 | BAM | Discussed a MTS and MTI for the home | 0.30 | $175.00 | $52.50 |
| 1/07/2026 | BAM | RE to the debtor in Ref to the realtor info for the MTS | 0.10 | $175.00 | $17.50 |
| 1/08/2026 | BAM | Email info for the Realtor | 0.10 | $175.00 | $17.50 |
| 1/08/2026 | BAM | Emailed the Real Agent for the Motion we will need to file | 0.20 | $175.00 | $35.00 |
| 1/12/2026 | BAM | Per the client request forwarded the BK statement to her today | 0.20 | $175.00 | $35.00 |
| 1/20/2026 | BAM | Review of the email the Trustee office sent us today | 0.20 | $175.00 | $35.00 |
| 1/21/2026 | BAM | Called the client back today to review | 0.40 | $175.00 | $70.00 |

Morrison Law Group, P.C
Page No.:   2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | the plan & Confirmation order | | | |
| 1/21/2026 | BAM | Review of the file with CBC, Need to email the TT office to amend the confirmation Order | 0.20 | $175.00 | $35.00 |
| 1/22/2026 | BAM | Reply to the debtor in ref to the Mortgage company payment history | 0.20 | $175.00 | $35.00 |
| 1/22/2026 | BAM | RE to the client in ref to the plan payments & Emailed the money gram card | 0.20 | $175.00 | $35.00 |
| 1/22/2026 | BAM | RE to the debtor again in ref to the plan payments | 0.10 | $175.00 | $17.50 |
| 1/26/2026 | CBC | Review of Client Communications. Review of Confirmation Order and 13 network.  Draft and File MTM, NOH and Request Service. | 0.90 | $470.00 | $423.00 |
| 1/27/2026 | SKK | COS and File Retrieval | 0.20 | $75.00 | $15.00 |
| 2/02/2026 | BAM | Email update from the debtor on the case | 0.10 | $175.00 | $17.50 |
| 2/03/2026 | BAM | Tried to call Amy the broker back and L/M | 0.20 | $175.00 | $35.00 |
| 2/11/2026 | BAM | Re to the debtor in ref to the plan payment for Feb. | 0.20 | $175.00 | $35.00 |
| 2/13/2026 | BAM | Emailed the client back in ref to the MTM and buy sell home | 0.20 | $175.00 | $35.00 |
| 2/17/2026 | BAM | Follow up to the client for the sale & purchase of the homes | 0.20 | $175.00 | $35.00 |
| 2/21/2026 | CBC | Download TT response and review the response.  Prepare Order and Email to TT for review of TT concerns and proposed order. | 0.60 | $470.00 | $282.00 |
| 2/21/2026 | CBC | Prepare and File Fee App | 0.40 0.40 | $470.00 | $188.00 No Charge |

Total Fees   $1,493.00

**Expenses**

Morrison Law Group, P.C

Page No.:    3

| Start Date | Description | Quantity | Charges |
|---|---|---:|---:|
| 1/27/2026 | Copy and/or Printing charges | 270.00 | $51.30 |
| 1/27/2026 | Postage | 54.00 | $42.12 |
| 1/27/2026 | Envelopes | 54.00 | $4.32 |
| | | Total Expenses | $97.74 |

Total New Charges    $1,590.74

Previous Balance    $0.00

Balance Due    $1,590.74

**Staff Summary**

| Name | Hours | Rate |
|---|---:|---:|
| Bridgett A Weaver | 3.30 | $175.00 |
| Cory B Cottam | 1.90 | $470.00 |
| Courtney S Jospeph | 0.10 | $75.00 |
| Startton K Kersten | 0.20 | $75.00 |