**This order is SIGNED.**

**Dated: February 25, 2026**



**PEGGY HUNT**
**U.S. Bankruptcy Judge**



*slo*

MORRISON LAW GROUP LLC
Theron D. Morrison (10331)
Cory B. Cottam (15113)
Douglas W. Murdock (19977)
Attorney for Debtor(s)
290 25th Street, Ste 102
Ogden, Utah 84401
Telephone: (801) 392-9324

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 24-24765 |
| **Connor Christensen** § | Chapter 13 |
| **Caliesa Christensen** § | Honorable Kevin R Anderson |
| Debtor(s) § | |

### ORDER ON MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Notice and Opportunity for Hearing filed by Counsel for **Connor Christensen & Caliesa Christensen (hereinafter "Debtor")** a Hearing was scheduled for February 24, 2026 at 2:30 p.m. Further, pursuant to the Notice and Opportunity for Hearing ("Notice"), objections to the Debtor's Motion to Modify Chapter 13 Plan were to be filed and served on counsel for Debtors not later than February 20, 2026. The Chapter 13 Trustee filed a response to the Debtors' Motion at docket 58. The issues raised in the Trustee's response have

been resolved.  The Notice provided that in the absence of objections, the Court may grant the relief requested without a hearing.  The Court having determined that no other written response to the Debtors' Motion to Modify Chapter 13 Plan has been filed, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that

1. The Debtors' Motion to Modify Chapter 13 Plan is granted and Debtor's plan shall be modified to reduce the Debtors' monthly plan payment to $550.00 commencing with the February 25, 2025 for eight (8) months.  In the event Debtors fail to sell or refinance the home by September 25, 2026, then Debtors shall file a motion to modify the plan to increase the plan payment and to resolve feasibility by October 1, 2026 or the Trustee may file a Declaration of Non-compliance and this case shall be dismissed without further notice or hearing.

2. Fees and costs in the amount of $1,200.00 are awarded as an administrative expense claim to counsel and shall be paid pursuant to the confirmation Order.

(END OF ORDER)

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order on Motion to Modify Chapter 13 Plan** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

    Lon Jenkins, Chapter 13 Trustee:
        ljenkins@ch13kra.com, lneebling@ch13kra.com

    U.S. Bankruptcy Trustee's Office:
        USTPRegion19.SK.ECF@usdoj.gov

    Theron D. Morrison, Counsel for Debtor(s):
        topofutahlaw@gmail.com

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

    **Connor Christensen & Caliesa Christensen**
    2992 W 2960 S
    West Valley City, UT 84119

Date: February 21, 2026

        /s/ Cory B. Cottam
        Cory B. Cottam
        Attorney for Debtors